United States District Court

Eastern District of California

Nyles Lawayne Watson,

      Plaintiff,                    No. Civ. S 02-1777 DFL PAN P

  vs.                           Order

State of California, et al.,

      Defendants.

-oOo-

    Defendants' February 23, 2005, motion for summary judgment is submitted.  Good cause appearing, the pretrial conference and trial dates set in the September 7, 2004, scheduling order are vacated.

    So ordered.

    Dated:  June 9, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge