IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Nyles Lawayne Watson,

    Plaintiff,               No. CIV S-02-1777 DFL PAN P

    vs.

State of California, et al.,

    Defendants.          <u>ORDER</u>

_____/

        On June 21, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 10, 2005, vacating the pretrial conference and trial dates in light of the submitted motion for summary judgment. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. Plaintiff apparently misunderstands the June 10, 2005 order. That order does not grant or decide defendants' motion for summary judgment; it submits the summary judgment motion for future decision and vacates the pretrial conference and trial dates. Those dates will be re-set if the summary judgment motion is denied.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

1

1  magistrate judge filed June 10, 2005, is affirmed.

2  Dated: 6/30/2005

_____
DAVID F. LEVI
United States District Judge