1

2

3

4

5

6

7

8                    United States District Court

9                   Eastern District of California

10

11

12  Nyles Lawayne Watson,

13          Plaintiff,                No. Civ. S 02-1777 DFL PAN P

14      vs.                          Order

15  State of California, et al.,

16          Defendants.

17                          -oOo-

18      Process directed to defendant Johnson was returned unserved

19  and September 17, 2003, the court directed plaintiff to provide

20  more information for serving this defendant.  He has not.

21      Accordingly, plaintiff shall show cause, within 11 days, why

22  claims against defendant Johnson should not be dismissed.  Fed.

23  R. Civ. P. 4(m).

24      Dated:  August 16, 2005.

25                              /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
26                              Magistrate Judge