United States District Court

Eastern District of California

Nyles Lawayne Watson,

    Plaintiff,                                    No. Civ. S 02-1777 DFL PAN P

  vs.                                                Order

State of California, et al.,

    Defendants.

-oOo-

August 17, 2005, the court ordered plaintiff to show cause why claims against defendant Johnson should not be dismissed for plaintiff's failure to serve process.  <u>See</u> Fed. R. Civ. P. 4(m). Plaintiff responded August 23, 2005, and the order to show cause is discharged.

It appears to the court claims against defendant Johnson should be dismissed for failure to state a claim.

Accordingly, plaintiff shall show cause, within 10 days of service of this order, why claims against defendant Johnson

1  should not be dismissed for failure to state a claim, pursuant to
2  the analysis set forth by the court in its August 12, 2005,
3  findings and recommendations that summary judgment be entered for
4  defendants Wai, Pliler and Kofoed.
5      So ordered.
6      Dated: September 13, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge