IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LAWAYNE WATSON,

    Plaintiff,                       No. CIV S-02-1777 DFL PAN P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                ORDER

_____/

        Plaintiff, a state prisoner without counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 12, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 12, 2005, are adopted in full; and

2. Defendants' February 23, 2005, motion is granted and summary judgment is entered for defendants Wai, Pliler and Kofoed.

Dated: 9/14/2005

_____
DAVID F. LEVI
United States District Judge

2