IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LA WAYNE WATSON,

      Plaintiff,                    No. CIV S-02-1777 DFL PAN P

    vs.

STATE OF CALIFORNIA, et al.,

      Defendants.            <u>ORDER</u>

          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

          On April 19, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Charles Johnson M.D. was returned unserved because "unable to locate, joined monastery." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3  along with an instruction sheet and a copy of the complaint filed January 14, 2003;

4  2.  Within sixty days from the date of this order, plaintiff shall complete and

5  submit the attached Notice of Submission of Documents to the court, with the following

6  documents:

7  a.  One completed USM-285 form for defendant Charles Johnson M.D.;

8  b.  Two copies of the endorsed complaint filed January 14, 2003; and

9  c.  One completed summons form (if not previously provided)

10  or show good cause why he cannot provide such information.

11  DATED: September 28, 2006.

UNITED STATES MAGISTRATE JUDGE

14/mp
wats1777.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NYLES LA WAYNE WATSON,

    Plaintiff,                              No. CIV S-02-1777 DFL PAN P

    vs.

STATE OF CALIFORNIA, et al.,         NOTICE OF SUBMISSION

    Defendants.                    OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    __1__    completed USM-285 forms

    __2__    copies of the January 14, 2003 Amended Complaint

DATED:

                                           _____
                                           Plaintiff