IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYLES LA WAYNE WATSON,<br><br>                Plaintiff,<br><br>    vs.<br><br>STATE OF CALIFORNIA, *et al*,<br><br>                Defendants. | No. 2:02-cv-01777-JKS-EFB<br><br>ORDER |

       Petitioner, a state prisoner proceeding *pro se*, has filed this civil rights action under 28 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On October 10, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days. No objections to the Findings and Recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.

       Accordingly, IT IS HEREBY ORDERED THAT:

1.    The Findings and Recommendations filed October 10, 2007, are adopted in full;

2.    The complaint is hereby DISMISSED, without prejudice, as to Defendant Charles Johnson, M.D.; and

3.    The Court having previously entered its order at Docket No. 170 granting summary judgment to all other named defendants, the Clerk of the Court to enter final judgment accordingly.

       Dated: January 10, 2008

                                              s/ James K. Singleton, Jr.
                                              JAMES K. SINGLETON, JR.
                                              United States District Judge